

**NUMBER 13-06-00497-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**THE LAMAR CORPORATION
D/B/A LAMAR ADVERTISING CORP.,**               **Appellant,**

**v.**

**LANITA JOWERS, INDIVIDUALLY, ET AL.,**              **Appellees.**

---

**On appeal from the 107th District Court
of Cameron County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Vela
Memorandum Opinion Per Curiam**

Appellant, THE LAMAR CORPORATION D/B/A LAMAR ADVERTISING CORP., perfected an appeal from orders entered by the 107th District Court of Cameron County, Texas, in cause numbers 2005-11-5517-A and 2006-09-4422-A. After the record and briefs were filed and after the cause was submitted to the Court, the parties filed a joint motion to dismiss the appeal.

In the motion, the parties state that they have reached an agreement to settle and compromise their differences in the original lawsuit and the severed lawsuit.  The parties' settlement disposes of all claims and issues in this appeal.  The parties request that this Court dismiss the appeal in accordance with said settlement with attorney's fees and costs of the appeal to be taxed against the party incurring same.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the motion should be granted.  The joint motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered
and filed this the 10th day of April, 2008.